IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN TURNAGE,

    Petitioner,

v.                                                   Case No. 18-cv-1035-jdp

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing John Turnage's petition for writ of habeas corpus without prejudice.

| /s/ | 10/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |